**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Global Values, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4335164** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1187 Old Middleton Rd. Elberton, GA 30635** | **582 E. Home Ave. Palatine, IL 60074** |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Elbert** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Global Values, Inc.** | Case number *(if known)* | |
| | Name | | |

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor   **Global Values, Inc.**                                    Case number (*if known*) _____
      Name

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.**  **Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.**  **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

    Contact name   _____

    Phone   _____

---

■ **Statistical and administrative information**

**13.**  **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.**  **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.**  **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.**  **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Global Values, Inc.**                                    Case number (*if known*)
Name

☐ $50,001 - $100,000              ■ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Global Values, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December  4, 2023**
                MM / DD / YYYY

**X** **/s/ Anand S. Anandan**                          **Anand S. Anandan**
Signature of authorized representative of debtor        Printed name

Title     **President**

**18. Signature of attorney**

**X** **/s/ David L. Bury, Jr.**                          Date  **December  4, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**David L. Bury, Jr. 133066**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Third Street**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone   **478-750-9898**     Email address   **dbury@stoneandbaxter.com**

**133066 GA**
Bar number and State

Debtor  **Global Values, Inc.**
_____                    Case number (*if known*) _____
Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF GEORGIA
_____

Case number (*if known*) _____      Chapter    **11**

☐ Check if this an
   amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Century Granite Company, Inc.** | | Relationship to you | | **Affiliate** |
| District | **Middle District of Georgia** | When | **12/04/23** | Case number, if known | |
| Debtor | **Global Values VT, LLC** | | Relationship to you | | **Affiliate** |
| District | **Middle District of Georgia** | When | **12/04/23** | Case number, if known | |

---

## JOINT RESOLUTION OF ALL OF THE SHAREHOLDERS AND DIRECTORS
### OF
### GLOBAL VALUES, INC.

The following joint action was taken by all of the shareholders and directors of Global Values, Inc. (the "**Company**") by this written consent to said action signed by all of the shareholders and directors of the Company, said action to have full force and effect as if adopted at a duly called and held special meeting.

WHEREAS, the undersigned believe that it is in the best interests of the Company for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia.

NOW THEREFORE, IT IS HEREBY RESOLVED,

That the Company file a Petition for Reorganization under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia; and

That **ANAND S. ANANDAN**, on behalf of the Company as its President and CEO, is hereby authorized to take such actions and to execute such instruments and documents as, in his sole and explicit discretion, may be necessary or desirable in connection with filing, administering, and completing the Chapter 11 case.

Dated: November 29, 2023.

SHAREHOLDERS AND DIRECTORS

ANAND S. ANANDAN

LAKSHIMI ANANDAN

G:\CLIENTS\Global Values, Inc\Global Values, Inc. v. Ch. 11\Consent Minutes - Global Values, Inc. (11.29.23).doc

**Fill in this information to identify the case:**

Debtor name  **Global Values, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  4, 2023**       X **/s/ Anand S. Anandan**
                                            Signature of individual signing on behalf of debtor

                                            **Anand S. Anandan**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Global Values, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF GEORGIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Apex Funding Source, LLC 3050 Biscayne Blvd Suite 502 Miami, FL 33137** | | **MCA Loan** | **Disputed** | **$140,551.00** | **$0.00** | **$140,551.00** |
| **Berkley Industrial Comp P.O. Box 639821 Cincinnati, OH 45263-9821** | | **Trade Payable** | | | | **$112,412.28** |
| **Bow Apple Capital, LLC 159-16 Union Tpke # 210 Queens, NY 11366** | | **MCA Loan** | **Disputed** | **$139,662.00** | **$0.00** | **$139,662.00** |
| **Can Capital 1850 Parkway Place, Suite 1150 Marietta, GA 30067** | | **MCA Loan** | **Disputed** | **$104,063.45** | **$0.00** | **$104,063.45** |
| **Charge Up Funding c/o Pawn Funding 2167 East 21st Street, Suite 252 Brooklyn, NY 11229** | | **MCA Loan** | **Disputed** | **$589,850.00** | **$0.00** | **$589,850.00** |
| **Diesel Funding, LLC 633 NE 167th Street, Suite 831 Miami, FL 33162** | | **MCA Loan** | **Disputed** | **$125,835.52** | **$0.00** | **$125,835.52** |
| **Granite Group Insurance Trust P.O. Box 345 Barre, VT 05641** | | **Insurance/Benefit Payable** | | | | **$91,809.55** |
| **Harper Advance, LLC 8484 Wilshire Blvd. Suite 630 Beverly Hills, CA 90211** | | **MCA Loan** | **Disputed** | **$257,938.29** | **$0.00** | **$257,938.29** |

| Debtor | **Global Values, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Honest Funding 447 Broadway, 2nd Floor #1197 New York, NY 10013** | | **MCA Loan** | **Disputed** | **$117,309.10** | **$0.00** | **$117,309.10** |
| **InstaFund Advance 159-16 Union Tpke Fresh Meadows, NY 11366** | | **MCA Loan** | **Disputed** | **$488,341.83** | **$0.00** | **$488,341.83** |
| **IOU Financial 600 TownPark Lane - Suite 100 Kennesaw, GA 30144** | | **MCA Loan** | **Disputed** | **$91,578.91** | **$0.00** | **$91,578.91** |
| **Loan Me, Inc. P.O. Box 465 Dublin, OH 43017** | | **MCA Loan** | **Disputed** | **$93,143.30** | **$0.00** | **$93,143.30** |
| **River Capital Partners, LLC 140 32nd St #316 Brooklyn, NY 11232** | | **MCA Loan** | **Disputed** | **$353,478.38** | **$0.00** | **$353,478.38** |
| **Seamless Capital Group, LLC 2329 Nostrand Ave. Brooklyn, NY 11210** | | **MCA Loan** | **Disputed** | **$122,197.74** | **$0.00** | **$122,197.74** |
| **Square Funding, LLC d/b/a Square Advance 90 E. Halsey Road Parsippany, NJ 07054** | | **MCA Loan** | **Disputed** | **$198,038.74** | **$0.00** | **$198,038.74** |
| **Steelworkers Pension Trust 60 Blvd. of the Allies Suite 600 Pittsburgh, PA 15222** | | **Benefits Payable** | | | | **$217,742.48** |
| **Tax Credit Co., LLC P.O. Box 841971 Los Angels, CA 90084-1971** | | **Trade Payable** | | | | **$91,943.75** |
| **U.S. Small Business Administration Georgia District Office 233 Peachtree Street, NE #300 Atlanta, GA 30303** | | **EIDL Loan** | | **$150,000.00** | **$0.00** | **$150,000.00** |

Debtor  **Global Values, Inc.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vermont Economic Development Authority 58 East State Street - Suite 5 Montpelier, VT 05602** | | **Development Loan** | **Disputed** | **$618,269.96** | **$0.00** | **$618,269.96** |
| **Wells Fargo Bank P.O. Box 29482 Phoenix, AZ 85038-8650** | | **Business Credit Line** | | | | **$149,021.33** |

# United States Bankruptcy Court
## Middle District of Georgia

In re   **Global Values, Inc.** _____   Case No. _____

Debtor(s)   Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anand S. Anandan**<br>**582 E. Home Ave.**<br>**Palatine, IL 60074** | | **50 (50%)** | **Common Shares** |
| **Lakshmi Anandan**<br>**582 E. Home Ave.**<br>**Palatine, IL 60074** | | **50 (50%)** | **Common Shares** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December  4, 2023** _____   Signature **/s/ Anand S. Anandan**
_____
**Anand S. Anandan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Georgia**

In re     **Global Values, Inc.**                                                      Case No.
                                                    Debtor(s)          Chapter        **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:     **December  4, 2023**                      **/s/ Anand S. Anandan**
                                                    **Anand S. Anandan**/**President**
                                                    Signer/Title

ACE Funding Source
366 N. Broadway
Jericho NY 11753

Acree Oil Co.
P.O. Box 699
Toccoa GA 30577

Aeon Manufacturing Co., Inc
929 W. 253rd Street
Harbor City CA 90710

Air Compressor Sales, Inc.
P.O. Box 26099
Macon GA 31221

Airgas USA LLC
P.O. Box 734445
Chicago IL 60673-4445

Alain Groux Transport
3005 BL. Tascherau
LaPraire, QC J5R 5S6

Allen Ward
3795 Crosstown Road, No. 17
West Berlin VT 05663

American Memorial Erectors LLC
105 Jacksonville Road
Pequannock NJ 07440

American Pest Control - Athens
P.O. Box 6467
Athens GA 30604

Amerigas
P.O. Box 371473
Pittsburgh PA 15250-7473

Anand S. Anandan
582 East Home Avenue
Palatine IL 60074

Anand S. Anandan
582 E. Home Ave.
Palatine IL 60074

Anthony R. Seagraves
1916 Tanglewood Drive
Elberton GA 30635

Anthony W. Lowe
1292 Prechtl Road
East Barre VT 05649

Apex Funding Source, LLC
3050 Biscayne Blvd Suite 502
Miami FL 33137

Ashlyn T. Liimatainen
217 Cedar Drive
Barre VT 05641

AT&T
P.O. Box 105262
Atlanta GA 30348-5262

AT&T
P.O. Box 5014
Carol Stream IL 60197-5014

Athens Digital Systems Inc.
8801 Macon Highway, Suite 7
Athens GA 30606

Athens Digital Systems Inc.
8801 Macon Highway, Suite 6
Athens GA 30606

Athens Digital Systems Inc.
P.O. Box 660831
Dallas TX 75266-0831

Barre Granite Association
7 Jones Brothers Way
Barre VT 05641

Barre Sculpture Studios
15 Blackwell Street
Barre VT 05641

Berkley Industrial Comp
P.O. Box 639821
Cincinnati OH 45263-9821

Berkley Industrial Comp
P.O. Box 660847
Birmingham AL 35266-0847

Blade Funding, Inc.
211 Blvd. of the Americas
Lakewood NJ 08701

Blue Bridge Financial, LLC
o/b/o Taycor
11921 Freedom Dr. Suite 1130
Reston VA 20190

Bomat Monument Equipment
P.O. Box 244
Beebe Plain VT 05823

Bow Apple Capital, LLC
159-16 Union Tpke # 210
Queens NY 11366

Breen Systems Management Inc.
P.O. Box 131
Vergennes VT 05491

Brenda R. Cannon
2232 Harmony Road
Elberton GA 30635

Bulldog Water Company LLC
1213 Robinwood Lane
Elberton GA 30635

Buttura & Gherardi Granite Artisans
P.O. Box 606
Barre VT 05641

Calvin M. Scoggins
1905 Hewell Road
Dewy Rose GA 30634

Can Capital
1850 Parkway Place, Suite 1150
Marietta GA 30067

Candiss C. Geter
540 Jones Street
Elberton GA 30635

Carlton W. Cozart
309 Avenue H
Carbon TX 76435

Central Granite Co., Inc.
P.O. Box 599
Elberton GA 30635

Central Wire Sawing
P.O. Box 599
Elberton GA 30635

Century Harmony Company
P.O. Box 370
Elberton GA 30635

Century Link
Attn: Business Services
P.O. Box 52187
Phoenix AZ 65072-2187

Ceramic Portraits
7601 Hollywood Boulevard
Los Angeles CA 90046

Chad V. Elmer
P.O. Box 530
East Barre VT 05649

Charge Up Funding
c/o Pawn Funding
2167 East 21st Street, Suite 252
Brooklyn NY 11229

Christie L. Adams
1710 Lexington Highway
Elberton GA 30635

Christopher J. Isom
1035 Firetower Drive
Elberton GA 30635

Christopher J. Martin
214 Hill Street
Barre VT 05641

Christopher M. Edson
2847 Berlin Pond Road
Northfield VT 05663

City of Barre Vermont
Carolyn S. Dawes, Clerk/Treasurer
P.O. Box 418
Barre VT 05641

City of Elberton Georgia
P.O. Box 70
Elberton GA 30635

City of Montpelier Vermont
City Manager
39 Main Street
Montpelier VT 05602

Cochran's Inc.
P.O. Box 272
Barre VT 05641

Cold Spring Granite Company
P.O. Box 71037
Chicago IL 60694-1037

Colgan Properties LLC
P.O. Box 712
Barre VT 05641

Comcast Business
P.O. Box 1577
Newark NJ 07101-1577

Commercial Lighting
P.O. Box 270651
Tampa FL 33688-0651

Community National Bank
4811 U.S. Rt. 5
Newport VT 05855

Consolidated Communications
P.O. Box 5200
White River Junction VT 05001-5200

CT Corporation System
o/b/o Global Values, Inc.
330 N. Brand Blvd. Suite 700
Attn SPRS
Glendale CA 91203

Currier Farms
P.O. Box 175
Danville VT 05828

Dakota Granite
P.O. Box 1351
Milbank SD 57252

Dale A. DuBois, Sr.
P.O. Box 249
Graniteville VT 05654

Daniel R. Sweeney
34 Willey Street, Apt. #1
Barre VT 05641

David A. Giannoni
1350 Ruckersville Road
Elberton GA 30635

David W. Chase
21 C Street
Barre VT 05641

Design Mart
P.O. Box 56
Elberton GA 30635

Dheepa Anandan
582 E. Home Avenue
Palatine IL 60074

Dhivyaa Anandan
4 Sage Brush Court
East Setauket NY 11733-2032

Diesel Funding, LLC
633 NE 167th Street, Suite 831
Miami FL 33162

DMS Machining and Fabrication
10 Transport Drive
Barre VT 05641

Douglas F. Bowen
20 Isham Circle
Williston VT 05495

E.W. Granites
1547 New Britain Avenue
Farmington CT 06032

Edward C. Norton
P.O. Box 133
Northfield Falls VT 05664

Elbert County Tax Commissioner
c/o Lorrie Higginbotham
P.O. Box 603
Elberton GA 30635

Elberton Ace Hardware
886 Elbert Street
Elberton GA 30635

Elberton Industrial Electric
P.O. Box 127
Elberton GA 30635

Electrical & Maintenance Solutions LLC
P.O. Box 6359
Elberton GA 30635

Evanswinn International, LLC
P.O. Box 658
Elberton GA 30635

Financial Pacific Leasing Inc.
3455 S. 344th Way, Suite 300
Federal Way WA 98001-9546

Fire Protec Williston
552 Avenue D, Suite 20
Williston VT 05495

First Corporate Solutions
o/b/o Global Values, Inc.
914 S. Street
Sacramento CA 95811

Flat Creek X-Press LLC
9478 Flat Creek Road
Kershaw SC 29067

Fund Box
6900 Dallas Parkway Suite 700
Plano TX 75024

Funding Circle USA
P.O. Box 888976
Los Angeles CA 90088-8976

G R Granites
136 Old No. 86, Pandian Street
Bhavani Road
Perundurai,Tamilnadu
India 638052

Georgia Department of Revenue
ARCS - Bankruptcy
1800 Century Blvd. N.E. #9100
Atlanta GA 30345

Giannoni Granite Sales & Equipment
132 B N. McIntosh Street
Elberton GA 30535

Global Electronic Services Inc.
5325 Palmero Court
Buford GA 30518

Global Values of GA, LLC
582 E. Home Ave.
Palatine IL 60074

Global Values VT LLC
25 South Front Street
Barre VT 05641

Global Values VT, LLC
582 E. Home Ave.
Palatine IL 60074

Golden Rock
165/2 Munusamy Street
Athipet
Chennai, Tamilnadu
India 600058

Granite City Tool Co. of VT., Inc.
P.O. Box 411
Barre VT 05641-0411

Granite Group Insurance Trust
P.O. Box 345
Barre Belt 401K Plan
Barre VT 05641

Granite Group Insurance Trust
P.O. Box 345
Barre VT 05641

Granite Importers
Attn: Randal Milhiser
Barre VT 05641

Granite Industries of Vermont
P.O. Box 537
Barre VT 05641

Granite Resources Inc.
P.O. Box 921515
Norcross GA 00033-0010

Granite Sales & Supply Corp.
P.O. Box 730
Elberton GA 30635

Granite Visuals
P.O. Box 682
Barre VT 05641

Green Mountain Power Corporation
P.O. Box 1611
Brattlemoro VT 05302-1611

Hard Stone Studio
Attn: Michael Sheean
21 Meadow Road
South Burlington VT 05403

Harold E. Prescott
1 Windridge Road
Barre VT 05641

Harper Advance, LLC
8484 Wilshire Blvd. Suite 630
Beverly Hills CA 90211

Hart Logistics LLC
189 Creek Road
Keansburg NJ 07734

Haun Welding Supply Inc.
4 Technology Drive
West Lebanon NH 03784

Headway Capital
175 W. Jackson Blvd, Suite 1000
Chicago IL 60604

Hector J. Chaloux
67 Theriault Hill
Williamstown VT 05679

Hedisa USA Corporation
P.O. Box 83
Shady Point OK 74956

Henry and Henry, Inc.
P.O. Box 108
Marion KY 42064

Hillcrest Granite Company, Inc.
P.O. Box 9
Elberton GA 30635

Honest Funding
447 Broadway, 2nd Floor #1197
New York NY 10013

Howard M. Gebhard Inc.
3027 Lincoln Highway E., Unit C
Gordonville PA 17529

Hulmes Tool Shop
P.O. Box 579
Elberton GA 30635

Hunter P. Moran
44 Vine Street
Northfield VT 05663

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield IL 62794-9035

Illinois Secretary of State
c/o Jesse White
Department of Business Services
501 S. 2nd Street
Springfield IL 62756-5510

Industrial Drives and Electric Inc.
P.O. Box 746
Elberton GA 30635

InstaFund Advance
159-16 Union Tpke
Fresh Meadows NY 11366

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

IOU Financial
600 TownPark Lane - Suite 100
Kennesaw GA 30144

Jack T. Vickery
126 Myrtle Street
Elberton GA 30635

Jai Granite Tiles
No. 40/1B3, Kodamandapatti Village
Harur
Dharmapuri, Tamilnadu
India 636903

James A. Anderson
39770 N Stonebridge Court
Antioch IL 60002

Jason A. Hunt
449 South Camp Road
Cabot VT 05647

Jason P. Ray
531 Woodland Road
Elberton GA 30635

Jay T. Houle
17 Neddo Road
Orange VT 05641

Jean M. Barberi
205 Grandview Road
Williamstown VT 05679

Jeremy E. McIntyre
879 Union Brook Road
Northfield VT 05663

Jeremy Jones Garage
333 Martin Luther King Boulevard
Elberton GA 30635

John G. Fondry
3 Sunbay Road
East Montpelier VT 05651

Johnson Machine Shop Inc.
1600 Calhoun Falls Highway
Elberton GA 30635

Jonathan E. Gosselin
1479 US Rte. 2
Waterbury VT 05676

Jonathan R. Ayers
10 Olliver Street, Apt. 1
Barre VT 05641

Joseph B. Seymour
7201 Iron Bridge Road
North Chesterfield VA 23234

Justin T. Algood
110 Glendale Avenue
Elberton GA 30635

Karen S. Liimatainen
3 S Main Street, #470
Barre VT 05641

Keri A. Delaney
127 Manor Stone Drive
Clayton NC 27527

Kevin M. Haggard
1790 Anderson Highway
Elberton GA 30635

Keystone Memorials, Inc.
P.O. Box 6077
Elberton GA 30635

Kurjanowicz Sculpture Studio, LLC
P.O. Box 61
Barre VT 05641

Lake Russell Building Supply
575 Harmony Drive
Elberton GA 30635

Lakeside Supply & Fabrication
P.O. Box 294
Elberton GA 30635

Lakshmi Anandan
582 E. Home Ave.
Palatine IL 60074

Lamell Lumber Corporation
82 A Jericho Road
Essex Junction VT 05452

Langrock Sperry & Wool LLP
Accounts Receivable
111 S. Pleasant Street
Middlebury VT 05753

LCA Bank Corporation
P.O. Box 1650
Troy MI 48099-1650

Leandro Perojo III
118 Third Street
Berlin VT 05602

Livingston International, Inc.
P.O. Box 7410166
Chicago IL 60674-0166

Loan Me
c/o Servicing Solutions
P.O. Box 631727
Irving TX 75063

Loan Me, Inc.
P.O. Box 465
Dublin OH 43017

Maureen A. Murphy
4102 VT Rte 14, Lot 11
Williamstown VT 05679

McGill Hose & Coupling Inc.
P.O. Box 408
East Longmeadow MA 01028

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago IL 60680-7690

Melissa M. LaForest
58 Lewis Street
Barre VT 05641

Memorial Center
1060 Farmingdale Road
N. Lindenhurst NY 11757

Metro Group
155 West Street, Suite 3
Wilmington MA 01887

Michael J. Doney
P.O. Box 2
Northfield Falls VT 05664

Michael K. Lawrence
P.O. Box 412
Northfield Falls VT 05664

Michael M. Dutil
20 Second Street
Barre VT 05641

Mike Carrolls Heating & Air
226 Elbert Street
Elberton GA 30635

Miles Supply Co., Inc.
P.O. Box 237
Barre VT 05641-0237

Millennium Trust
P.O. Box 888976
Los Angeles CA 90088-8976

Monumental Computer Applications
P.O. Box 489
Cherry Valley NY 13320

Myers Container Service Corp.
P.O. Box 38
Winooski VT 05404

Myers Trashbilling Container Serv. Corp.
P.O. Box 38
Winoosky VT 05404

Nelson Granite Limited
P.O. Box 178
Vermillion Bay, Ontario P0V 2V0

New York State Monument Builders Assoc.
318 E. 2nd Street
Oswego NY 13126

Nicholas J. Plante
2291 Lowery Road
Barre VT 05641

Northern Toyota Lift
683 Pine Street
Burlington VT 05401

O' Reilly
321 Elbert Street
Elberton GA 30635

Office Systems of Vermont
L-3757
Columbus OH 43260

Ogden Forklifts, Inc.
4780 Mendel Court SW.
Atlanta GA 30336

Opttech Computing India
26/29, State Bank New Colony
West Tambaram
Chennai, Tamilnadu
India 600045

Paige & Campbell, Inc.
P.O. Box 469
Barre VT 05641

Panda Granite
P.O. Box 6276
Elberton GA 60074

Patricia A. Edson
47 Cedar Point Drive
Palm Coast FL 32164

Patricia L. Anderson
39770 N Stonebridge Court
Antioch IL 60002

Pattillo, Brown & Hill, LLP
P.O. Box 20725
Waco TX 76702-0725

Pawnee Lease
3801 Automation Way, Suite 2007
Fort Collins CO 80525

PB&H Benefits, LLC
P.O. Box 20725
Waco TX 76702

Peach State Auto Recycling
7625 Royston Highway
Canon GA 30520

Philip M. Edson
P.O. Box 21
Woodbury VT 05681

Pinnacle Bank
884 Elbert Street
Elberton GA 30635

Pioneer Burial Vault Co., Inc.
5990 Anne Drive
Pipersville PA 18947

Premier Heating and AC
168 Washington, Suite 3
Barre VT 05641

Priority 1 Inc.
P.O. Box 840808
Dallas TX 75284-0808

Purchase Power
P.O. Box 371874
Pittsburgh PA 15250-7874

R.G. Tires and Repair Service
204 Highland Park
Elberton GA 30635

R.H. Rediker Transport LTD
P.O. Box 634
Derby Line VT 05830

Rapid Finance
c/o Small Business Financial Solutions
4500 East West Highway - 6th Floor
Bethesda MD 20814

Rebekah L. Waite
12 Hebert Drive
Barre VT 05641

Reliance Finance
200 Central Avenue
Farmingdale NJ 07727

Retail Capital, LLC
d/b/a Credibly
25200 Telegraph Rd. #350
Southfield MI 48033

Reynolds and Son, Inc.
P.O. Box 380
South Barre VT 05670

Reynolds Marble & Granite Co.
1187 Jones Ferry Road
Elberton GA 30635

Richard E. LeBlanc
1125 Jack Hill Road
Calais VT 05650

River Capital Partners, LLC
140 32nd St #316
Brooklyn NY 11232

River Edge Granite Co., Inc.
P.O. Box 458
Elberton GA 30635

RK Miles
P.O. Box 1125
Manchester Center VT 05255

Robert N. Deblois
3109 Pekin Brook Road
East Calais VT 05650

Rock of Ages
560 Graniteville Road
Graniteville VT 05654

Rodney S. Fleming
2420 Hoke Dickerson Road
Elberton GA 30635

Roger P. Houle
91 Mitchell Road
Barre VT 05641

Rucker Trucking & Leasing, Inc.
P.O. Box 238
Elberton GA 30635

Sanders Ind Controls LLC
P.O. Box 593
Elberton GA 30635

Sandra J. Lawrence
P.O. Box 412
Northfield Falls VT 05664

Scott C. Buck
82 Hester Place
Cameron NC 28326

Seamless Capital Group, LLC
2329 Nostrand Ave.
Brooklyn NY 11210

Selectric LLC
159 W. Hill Road
Worchester VT 05682

Senecal Memorials
3815 State Route 31
Palmyra NY 14522

Sidney G. Sweet Jr.
115 Poor Drive
Williamstown VT 05679

Southern Farm & Hardware
210 N. Olivaer Street
Elberton GA 30635

Spartan Tool Co., Inc.
P.O. Box 6078
Elberton GA 30635

SPG Advance
1221 McDonald Ave
Brooklyn NY 11230

Square Funding, LLC
d/b/a Square Advance
90 E. Halsey Road
Parsippany NJ 07054

Steelworkers Pension Trust
60 Blvd. of the Allies Suite 600
Pittsburgh PA 15222

Stockman Oil Company
551B Elbert Street
Elberton GA 30635

Sunshine Services Inc.
24113 W. 103rd Street
Naperville IL 40564

Susan A. McGovern
110 Fairway Drive
Northfield VT 05663

Swenson Granite Company
369 N. State Street
Concord NH 03301

Swenson Granite Works
P.O. Box 626
Barre VT 05641

Swift Fire Protection Inc.
1281 Washington Highway
Elberton GA 30635

Tax Credit Co., LLC
P.O. Box 841971
Los Angels CA 90084-1971

Taylor Northeast Inc.
P.O. Box 1508
North Hampton NH 03862

TF Group, Inc. (Taycor Financial)
a/k/a Taycor Financial
100 N Pacific Coast Highway - 15th Floor
El Segundo CA 90245

Timothy F. Thompson
#409 US Route 302
Orange VT 05649

Timothy J. Celley
1157 Bliss Road
Marshfield VT 05658

TNA Stone Machinery Inc.
613 - 1 Route du Pr sident-Kennedy
Pintendre, Quebec G6C 1J6

Toll by Plate
P.O. Box 645631
Pittsburgh PA 15264-5254

Trado Supplies, Inc.
1015 Whitehall Road
Anderson SC 29625

Transport Trans-Ideal Inc.
2050, Des Lilas
La Conception, Quebec JOT 1MO

Travelers CL Remittance Center
P.O. Box 660317
Dallas TX 75266-0317

U-Blast Stencil LTD
1493 Crosstie Drive
Elberton GA 30635

U.S. Bank
PO Box 2188
Oshkosh WI 54903-2188

U.S. Bank
P.O. Box 6353
Fargo ND 58125-6353

U.S. Small Business Administration
Georgia District Office
233 Peachtree Street, NE #300
Atlanta GA 30303

```
Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago IL 60680-1741

UniFirst Corporation
125 Etna Road
Lebanon NH 03766

United Parcel Service
P.O. Box 809488
Chicago IL 60680-9488

United States Attorney
c/o Peter D. Leary
300 Mulberry St., 4th Floor
Macon GA 31201

UPS
P.O. Box 809488
Chicago IL 60680-9488

UPS Freight
28013 Network Place
Chicago IL 60673-1280

Valley Telephone Inc.
P.O. Box 582
Moretown VT 05660

Verizon Wireless
P.O. Box 25505
Lehigh Valley PA 18002-5505

Vermont Department of Taxes
Bankruptcy Dept.
133 State St. 1st Floor
Montpelier VT 05633-1401

Vermont Door Company
16 Railroad Street
Barre VT 05641

Vermont Economic Development Authority
58 East State Street - Suite 5
Montpelier VT 05602

Vermont Quarries Corp.
1591 U.S. Route 4
Mendon VT 05701

Vermont Small Business Development Corp.
58 East State Street - Suite 5
Montpelier VT 05602
```

```
W.B. Mason Co., Inc.
P.O. Box 981101
Boston MA 02298-1101

We Lease Truck Rental & Leasing
P.O. Box 1370
Prestonsburg KY 41653

Wells Fargo Bank
P.O. Box 29482
Phoenix AZ 85038-8650

WEX Bank
P.O. Box 639
Portland ME 04104-0639

Wholesale Granite Imports
21 South Tusten Street
Elberton GA 30635

Zachary E. Slayton
20 Goldspur Lane
Barre VT 05641
```

# United States Bankruptcy Court
## Middle District of Georgia

In re    **Global Values, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Global Values, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  4, 2023**

Date

**/s/ David L. Bury, Jr.**

**David L. Bury, Jr. 133066**

Signature of Attorney or Litigant

Counsel for    **Global Values, Inc.**

**Stone & Baxter, LLP**

**577 Third Street**
**Macon, GA 31201**
**478-750-9898 Fax:478-750-9899**
**dbury@stoneandbaxter.com**