**SO ORDERED.**

**SIGNED this 12 day of March, 2025.**



_____
**Austin E. Carter
Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **IN RE:** | : |
| **GLOBAL VALUES, INC.,** | : Chapter 11 Case No. 23-30612-AEC |
| **Debtor.** | : |

**CONSENT ORDER OF DISMISSAL**

    A motion to convert or dismiss was filed by the United States Trustee in the above case, and a Consent Order was entered requiring the Debtor to maintain timely payment of the U.S. Trustee's quarterly fees, and to timely file operating reports. The Debtor having failed to abide by the terms of the Consent Order, a Submission of Non-Compliance having been filed by the United States Trustee, and the Court having found that dismissal is in the best interests of the creditors in the case, it is hereby

    **ORDERED,** that the case is **DISMISSED**.

**END OF DOCUMENT**

Consented to by:

/s/David L. Bury, Jr.
David L. Bury, Jr.
Attorney for Debtors
GA Bar No. 133066
Stone & Baxter, LLP
577 Third Street
Macon, GA 31201
(478) 750-9898
dbury@stoneandbaxter.com


Order prepared by:

/s/Robert G. Fenimore
Robert G. Fenimore
Trial Attorney
GA Bar No. 205202
Office of the United States Trustee
440 Martin Luther King Jr. Blvd, Suite 302
Macon, GA  31201
(478) 752-3545
robert.g.fenimore@usdoj.gov